BEFORE THE THIRD DIVISION, MAY 23, 1963

No. 67753.—Commercial Metals Co. and R. W. Smith v. United States, protest 220396–K (Galveston).

# 312

Opinion by DONLON, J. In accordance with stipulation of counsel that all of the requirements for free entry set forth in the customs regulations have now been met and following Abstracts 57104 and 64361, the claim of the plaintiffs was sustained.